People v Fuller (2025 NY Slip Op 07238)





People v Fuller


2025 NY Slip Op 07238


Decided on December 23, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on December 23, 2025

PRESENT: CURRAN, J.P., MONTOUR, SMITH, OGDEN, AND NOWAK, JJ. (Filed Dec. 23, 2025.) 


MOTION NO. (1544/08) KA 06-02974.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vSTACEY FULLER, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER Motion for writ of error coram nobis denied.









